# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SURGRET URANIA DOSS,

    Plaintiff,

v.    Case No. 8:19-cv-2287-T-60TGW

HILLSBOROUGH COUNTY, in its
official capacity, CHAD CHRONISTER,
in his official capacity as Sheriff of
Hillsborough County, Florida, and
JAMES MAIELLO, in his individual
capacity,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, entered on October 21, 2019. (Doc. # 4). Judge Wilson recommends Plaintiff Surgret Urania Doss's complaint be dismissed and Plaintiff be given leave to file an amended complaint. Neither Plaintiff nor Defendants filed an objection to the report and recommendation, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews

legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Wilson's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Wilson's detailed and well-reasoned factual findings and legal conclusions. Plaintiff's claims are therefore dismissed without prejudice and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure, on or before December 9, 2019.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 4) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff's complaint (Doc. # 1) is **DISMISSED WITHOUT PREJUDICE** and with leave to amend on or before December 9, 2019.

(3) Plaintiff's motion for leave to proceed in forma pauperis (Doc. # 2) remains ripe for further review by Magistrate Judge Thomas G. Wilson.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 8th day of November, 2019.

TOM BARBER
UNITED STATES DISTRICT JUDGE